# NO. 12-09-00295-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *GORDON STUART SMITH, APPELLANT* | § | *APPEAL FROM THE 321ST* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *HOLLY YVONNE SMITH, APPELLEE* | § | *SMITH COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, Gordon Stuart Smith, has filed a motion to reinstate this appeal and dismiss it. We previously abated the appeal as a result of Smith's filing notice of bankruptcy. Smith has provided this court a copy of the order discharging him from bankruptcy and also informs the court that he no longer wishes to pursue the appeal. Accordingly, the appeal is reinstated on the docket of this court, and Smith's motion to dismiss is ***granted***. *See* TEX. R. APP. P. 42.1(b).

Opinion delivered May 25, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)